UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 21-60542-SMITH

MICHAEL BROTHERS, *et al.*,

    Plaintiffs,

v.

MAD AT S.A.D., LLC,

    Defendant.

_____/

**FINAL ORDER OF DISMISSAL WITHOUT PREJUDICE**

This matter is before the Court on the Plaintiffs' Notice of Voluntary Dismissal Without Prejudice [DE 17]. Upon consideration, it is

    **ORDERED** that:

    1.    This matter is **DISMISSED without prejudice.**

    2.    All pending motions are **DENIED as moot.**

    3.    This case is **CLOSED.**

DONE AND ORDERED in Fort Lauderdale, Florida, this 14th day of May, 2021.

*[signature]*

RODNEY SMITH
UNITED STATES DISTRICT JUDGE

Copies furnished to: Counsel of Record